1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   EASTERN DISTRICT OF WASHINGTON

7    AARON ALVAREZ-VILLASENOR,

                                              NO:  12-CV-5107-TOR
8                              Plaintiff,
                                              ORDER GRANTING DEFENDANTS'
9         v.                                  MOTION FOR PROTECTIVE ORDER

10   LIZA ROHRER, et al.,

11                             Defendants.

12        BEFORE THE COURT is Defendants' Motion for Protective Order (ECF

13   No. 22). This matter was submitted for consideration without oral argument. The

14   Court has reviewed the briefing and the record and files herein, and is fully

15   informed.

16                             BACKGROUND

17        In November 2011, *pro se* Plaintiff Aaron Alvarez-Villasenor was removed

18   from the prison work camp at Coyote Ridge Correctional Center and placed in a

19   higher custody facility due to an Immigration and Customs Enforcement ("ICE")

20   detainer.  ECF No. 8-1.  In August 2012 Plaintiff filed a Complaint alleging

     ORDER GRANTING MOTION FOR PROTECTIVE ORDER ~ 1

violations of his civil rights under 42 U.S.C. § 1983.  ECF No. 1.  Plaintiff alleges

that his removal from the work camp, and the prohibition on his participation in

vocational work programs due to the ICE detainer, is discriminatory and

unconstitutional.  On April 26, 2013, Defendants filed a 12(b)(6) Motion to

Dismiss for Failure to State a Claim, in which they raise the issue of qualified

immunity.  ECF No. 20.

Defendants were served with Plaintiff's First Set of Interrogatories on April

10, 2013. The First Set of Interrogatories consisted of forty-four interrogatories for

Defendant Jeffrey Uttecht and twenty-five interrogatories for the five other

Defendants.  On April 24, 2013, the parties discussed the postponement of

discovery until the Court ruled on the Motion to Dismiss; but failed to reach a

resolution. ECF No. 22-1.  Presently before the Court is Defendants' motion for a

protective order to stay discovery pending the Court's decision on their motion to

dismiss.

DISCUSSION

For good cause, the court may deny or limit discovery "to protect a party or

person from annoyance, embarrassment, oppression, or undue burden or

expense…."  Fed. R. Civ. P. 26(c); *see also Little v. City of Seattle*, 863 F.2d 681,

685 (9th Cir.1988).  The Court has broad discretion to stay discovery while a

dispositive motion is pending.  *See, e.g., Orchid Biosciences, Inc. v. St. Louis*

*University*, 198 F.R.D. 670, 672 (S.D. Cal. 2001).  The party requesting a protective order bears the burden of showing good cause.  *Rivera v. NIBCO, Inc.*, 364 F.3d 1057, 1063 (9th Cir. 2004).  However, the Supreme Court has repeatedly held that when qualified immunity is raised as a defense by government officials, discovery should be stayed until the threshold issue of immunity is resolved. *Harlow v. Fitzgerald*, 457 U.S. 800, 816-818 (1982) ("bare allegations of malice should not suffice to subject government officials either to the costs of trial or to the burdens of broad-reaching discovery"); *see also Anderson v. Creighton*, 483 U.S. 635, 651 (1987).

Defendants raised the defense of qualified immunity in their 12(b)(6) motion to dismiss.  *See* ECF No. 20.  Plaintiff did not respond to the instant motion.  Thus, pursuant to Local Rule 7.1, Plaintiff's failure to timely file a memorandum of points and authorities in opposition to this motion will be considered by the Court as consent by Plaintiff to the entry of an Order adverse to him.  The Court finds good cause to stay all discovery, pending the Court's ruling on Defendants' motion to dismiss.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendants' Motion for Protective Order (ECF No. 22) is **GRANTED**.

2. All discovery in this matter is hereby **STAYED** pending this Court's ruling on Defendants' Motion to Dismiss.

ORDER GRANTING MOTION FOR PROTECTIVE ORDER ~ 3

The District Court Executive is hereby directed to enter this Order and furnish copies to Plaintiff and to counsel for Defendants.

**DATED** May 29, 2013.



THOMAS O. RICE
United States District Judge

ORDER GRANTING MOTION FOR PROTECTIVE ORDER ~ 4